**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KAMALUDDIN NABIZADA,<br><br>*Plaintiff*,<br><br>v.<br><br>MARCO RUBIO, *in his official capacity as Secretary of the United States Department of State, et al.*,[*]<br><br>*Defendants*. | Civil Action No. 23-02906 (AHA) |

**Order**

For the reasons stated in the accompanying memorandum opinion, the court dismisses count one in Plaintiff's first amended complaint, ECF No. 16, without prejudice; grants Defendants' motion for summary judgment, ECF No. 30, as to the remaining counts; and denies Plaintiff's cross-motion for summary judgment, ECF No. 32. The Clerk of Court is directed to close the case.

AMIR H. ALI
United States District Judge

Date: August 26, 2026

[*] Secretary of State Marco Rubio is "automatically substituted" as the defendant. *See* Fed. R. Civ. P. 25(d).